

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-24-00848-CV

John Michael **HERRMANN** and Conchita Henares Herrmann,
Appellants

v.

**CREDIT UNION OF TEXAS**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 24-2744-CV-C
Honorable William D. Old III, Judge Presiding

**ORDER**

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, Credit Union of Texas's motion to dismiss is GRANTED, and this appeal is DISMISSED FOR WANT OF JURISDICTION.

The Motion to Permit Non-Conformance filed by John Michael Herrmann and Conchita Henares Herrmann is GRANTED, and their response to Credit Union of Texas's motion to dismiss is accepted. Costs of appeal are taxed against Appellants John Michael Herrmann and Conchita Henares Herrmann.

It is so **ORDERED** on February 26, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk